# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

July 21, 2020

**BY ECF AND EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



RE:   *United States v. Khaliq Donaldson*, 17-cr-449(KPF)

Dear Judge Failla:

The CJA Clerk's Office has told me that CJA appointed lawyers working on compassionate release motions are required to be reappointed by the Court in order to be compensated for this new litigation. Accordingly, I respectfully request that Your Honor re-appoint me as CJA counsel for Khaliq Donaldson, *nunc pro tunc* to April 7, 2020, in connection with Mr. Donaldson's request for compassionate release based on the COVID-19 pandemic.

Thank you for your consideration.

Respectfully submitted

Jill R. Shellow
*Counsel for Khaliq Donaldson*

cc:   Khaliq Donaldson (by Legal Mail)

```
Application GRANTED.  The Court hereby appoints Ms. Shellow to represent Mr.
Donaldson for the limited purpose of assisting him with his anticipated
motion for compassionate release.  This appointment is nunc pro tunc to April
7, 2020.

Dated:    July 21, 2020                    SO ORDERED.
          New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE
```

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC